IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT W. LUSTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A. GRIFFIN, *et al.*, )<br>)<br>Defendants. ) | CIV. ACT. NO.  2:09CV832-TMH-TFM |

**ORDER**

On October 17, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 44.)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice.

Done this the 29th day of November 2012

  /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE